No. 2826. Ex Parte Eason, Escheator, In re Estate of Robb. November Term, 1891. This was an order of January 6, 1892, granting a motion made by respondent, the escheator, to advance the case on the docket of First Circuit, on the ground that a State officer is sole defendant in the action in which the appeal was taken. Code, § 13.